Form 3160-18
(November 2019)

**UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT**

## NOTICE OF WRITTEN ORDER

Number 25RRF0008W
Page 1 of 3

| Certified Mail-Return Receipt Requested ☑ | Identification | |
|---|---|---|
| 95890710527021764562 68 | Lease | |
| ☐ Hand Delivered, Received By and Date | Agreement | NMNM082050X |

| Bureau of Land Management Office | | Operator or Third Party | |
|---|---|---|---|
| Roswell Field Office | | The Eastland Oil Company | |
| Address 2909 W. Second Street, Roswell, NM 88201 | | Address P.O. Box 3488, Midland, TX 79702 | |
| Telephone 5756270339 | Inspector RICK FLORES | Attention Y. Rubio | |
| Site Name CATO SAN ANDRES UNIT | Well/Facility/FMP/Identification# 151 | Legal Land Description (Include Lat./Long.) SENE, 27-8S-30E (33.5925567/-103.8611789) | |
| Site Name | Well/Facility/FMP/Identification# | Legal Land Description (Include Lat./Long.) | |
| Site Name | Well/Facility/FMP/Identification# | Legal Land Description (Include Lat./Long.) | |

**THE FOLLOWING ISSUE(S) WERE FOUND BY BUREAU OF LAND MANAGEMENT INSPECTORS ON THE DATE AND AT THE SITE(S) LISTED.**

| Date | Time (24-hour Clock) | Corrective Action to be Completed By | Date Corrected | Authority Reference |
|---|---|---|---|---|
| 01/08/2025 | 11:50 | 02/10/2025 | | 43 CFR 3106.7-2 |

Remarks:

Our records show The Eastland Oil Company a previous record title and/or operating rights owner of Federal oil and gas Lease NMNM022636 and held interests in the Cato San Andres Unit #151 well (US Well No. 30-005-20282), located in T. 8S, R. 30E, Sec. 27, in Chaves County, NM.

BLM records indicate Federal Lease NMNM022636 terminated on January 11th, 2023. An inspection was performed at the lease on October 3rd, 2024, by Ricky Flores, Natural Resource Specialist and it was determined that well has not been plugged and abandoned.

Problem: The lease referenced above was terminated due to lease not having any wells capable of producing oil or gas in paying quantities. The operator has not timely and properly plugged and abandoned the well(s) in the lease.

We are notifying you that the approved oil and gas operator Cano Petroleum of NM and current liable parties on this lease, did not comply with the orders of the authorized officer to plug and abandon the well and reclaim the surface of lands disturbed in connection with the conduct of operations. As a

When the Written Order is complied with, sign this notice and return to above address.

Company Representative Signature: _____ Print Name: _____ Date: _____

Company Comments:

(Continued on Page 2)                                                                                          (Form 3160-18)

In accordance with 43 CFR 3163.1(a), you must comply with the corrective actions for the identified issue(s) by the abatement date provided above. If you fail to comply within the time frames specified, you will be issued an Incident of Noncompliance (INC) in accordance with 43 CFR 3163.1(a), which may include an assessment or additional enforcement actions as deemed necessary to gain compliance.

## WARNING

The Authorized Officer has authority to issue a Written Order in accordance with 43 CFR 3161.2. Per 43 CFR 3165.3, Written Order and reporting time frames begin upon receipt of the Notice, or seven business days after the date it is mailed, whichever is earlier. Each issue must be corrected by the "Action to be Completed By" date identified above. This form must be signed, dated, and postmarked no later than the next business day after the prescribed timeframe for correction and returned to the Bureau of Land Management office at the address shown above.

Section 109(d)(1) of the Federal Oil and Gas Royalty Management Act of 1982, as implemented by the applicable provisions of the operating regulations at 43 CFR 3163.2(f)(1), provides that any person who "knowingly or willfully" prepares, maintains, or submits false, inaccurate, or misleading reports, notices, affidavits, records, data, or other written information required by this part shall be liable for a civil penalty per violation for each day such violation continues.

## REVIEW AND APPEAL RIGHTS

A person contesting an Order of the Authorized Officer or violation must request a State Director Review of the Written Order or Incident of Noncompliance. This request must be filed within 20 business days of receipt of the Written Order with the appropriate State Director (see 43 CFR 3165.3). The State Director review decision may be appealed to the Interior Board of Land Appeals, 801 North Quincy Street, MS 300-QC, Arlington, Virginia 22203 (see 43 CFR 3165.4). Contact the above listed Bureau of Land Management office for further information.

| Signature of Bureau of Land Management Authorized Officer | Date | Time (24-hour Clock) |
|---|---|---|
| *[signature]* | 01/08/25 | 12:55 |

(Form 3160-18, Page 2)

Remarks:

Our records show The Eastland Oil Company a previous record title and/or operating rights owner of Federal oil and gas Lease NMNM022636 and held interests in the Cato San Andres Unit #151 well (US Well No. 30-005-20282), located in T. 8S, R. 30E, Sec. 27, in Chaves County, NM.

BLM records indicate Federal Lease NMNM022636 terminated on January 11th, 2023. An inspection was performed at the lease on October 3rd, 2024, by Ricky Flores, Natural Resource Specialist and it was determined that well has not been plugged and abandoned.

Problem: The lease referenced above was terminated due to lease not having any wells capable of producing oil or gas in paying quantities. The operator has not timely and properly plugged and abandoned the well(s) in the lease.

We are notifying you that the approved oil and gas operator Cano Petroleum of NM and current liable parties on this lease, did not comply with the orders of the authorized officer to plug and abandon the well and reclaim the surface of lands disturbed in connection with the conduct of operations. As a result of their failure to respond to the orders of the authorized officer, additional enforcement actions, assessments and civil penalties were issued.

Pursuant to 43 C.F.R. 3106.7-2 paragraphs (a) and (b), You are responsible for performing all obligations under the lease until the date BLM approves an assignment of your record title interest or transfer of your operating rights. After BLM approves the assignment or transfer, you will continue to be responsible for lease obligations that accrued before the approval date, whether or not they were identified at the time of the assignment or transfer. This includes paying compensatory royalties for drainage. It also includes responsibility for plugging wells and abandoning facilities you drilled, installed, or used before the effective date of the assignment or transfer.

Corrective Action: Regulations at 43 C.F.R. 3161.2 state that the authorized officer may issue written or oral orders to govern specific lease operations. For the Cato San Andres Unit #151 well US Well No. 30-005-20282, you are hereby ordered to submit a Sundry Notice, Notice of Intent (Form 3160-5), and plan to plug and abandon the well and reclaim the site(s) and all associated disturbance including utility corridor(s), access road(s), and removal of associated facilities and equipment.

The information must be submitted by the Corrective Action to be Completed By date referenced above. If you have any questions, please contact Ricky Flores at 575-627-0339 or rflores@blm.gov.

Form 3160-18
(November 2019)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**NOTICE OF WRITTEN ORDER**

Number 25RRF0007W
Page 1 of 3

| ☑ Certified Mail-Return Receipt Requested | | Identification | |
|---|---|---|---|
| 9589071052702176456268 | | Lease | |
| ☐ Hand Delivered, Received By and Date | | Agreement | NMNM082050X |

| Bureau of Land Management Office | | Operator or Third Party | |
|---|---|---|---|
| Roswell Field Office | | The Eastland Oil Company | |
| Address 2909 W. Second Street Roswell, NM 88201 | | Address P.O. Box 3488 Midland, TX 79702 | |
| Telephone 5756270339 | Inspector RICK FLORES | Attention Y. Rubio | |
| Site Name CATO SAN ANDRES UNIT | Well/Facility/FMP/Identification# 149 | Legal Land Description (Include Lat./Long.) NENE, 27-8S-30E (33.5970902/-103.8621795) | |
| Site Name | Well/Facility/FMP/Identification# | Legal Land Description (Include Lat./Long.) | |
| Site Name | Well/Facility/FMP/Identification# | Legal Land Description (Include Lat./Long.) | |

**THE FOLLOWING ISSUE(S) WERE FOUND BY BUREAU OF LAND MANAGEMENT INSPECTORS ON THE DATE AND AT THE SITE(S) LISTED.**

| Date | Time (24-hour Clock) | Corrective Action to be Completed By | Date Corrected | Authority Reference |
|---|---|---|---|---|
| 01/08/2025 | 11:42 | 02/10/2025 | | 43 CFR 3106.7-2 |

Remarks:

Our records show The Eastland Oil Company a previous record title and/or operating rights owner of Federal oil and gas Lease NMNM022636 and held interests in the Cato San Andres Unit #149 well (US Well No. 30-005-20257), located in T. 8S, R. 30E, Sec. 27, in Chaves County, NM.

BLM records indicate Federal Lease NMNM022636 terminated on January 11th, 2023. An inspection was performed at the lease on October 3rd, 2024, by Ricky Flores, Natural Resource Specialist and it was determined that well has not been plugged and abandoned.

Problem: The lease referenced above was terminated due to lease not having any wells capable of producing oil or gas in paying quantities. The operator has not timely and properly plugged and abandoned the well(s) in the lease.

We are notifying you that the approved oil and gas operator Cano Petroleum of NM and current liable parties on this lease, did not comply with the orders of the authorized officer to plug and abandon the well and reclaim the surface of lands disturbed in connection with the conduct of operations. As a

When the Written Order is complied with, sign this notice and return to above address.

Company Representative Signature: _____ Print Name: _____ Date: _____

Company Comments:

In accordance with 43 CFR 3163.1(a), you must comply with the corrective actions for the identified issue(s) by the abatement date provided above. If you fail to comply within the time frames specified, you will be issued an Incident of Noncompliance (INC) in accordance with 43 CFR 3163.1(a), which may include an assessment or additional enforcement actions as deemed necessary to gain compliance.

## WARNING

The Authorized Officer has authority to issue a Written Order in accordance with 43 CFR 3161.2. Per 43 CFR 3165.3, Written Order and reporting time frames begin upon receipt of the Notice, or seven business days after the date it is mailed, whichever is earlier. Each issue must be corrected by the "Action to be Completed By" date identified above. This form must be signed, dated, and postmarked no later than the next business day after the prescribed timeframe for correction and returned to the Bureau of Land Management office at the address shown above.

Section 109(d)(1) of the Federal Oil and Gas Royalty Management Act of 1982, as implemented by the applicable provisions of the operating regulations at 43 CFR 3163.2(f)(1), provides that any person who "knowingly or willfully" prepares, maintains, or submits false, inaccurate, or misleading reports, notices, affidavits, records, data, or other written information required by this part shall be liable for a civil penalty per violation for each day such violation continues.

## REVIEW AND APPEAL RIGHTS

A person contesting an Order of the Authorized Officer or violation must request a State Director Review of the Written Order or Incident of Noncompliance. This request must be filed within 20 business days of receipt of the Written Order with the appropriate State Director (see 43 CFR 3165.3). The State Director review decision may be appealed to the Interior Board of Land Appeals, 801 North Quincy Street, MS 300-QC, Arlington, Virginia 22203 (see 43 CFR 3165.4). Contact the above listed Bureau of Land Management office for further information.

| Signature of Bureau of Land Management Authorized Officer | Date 1/8/25 | Time (24-hour Clock) 12:46 |
|---|---|---|

(Form 3160-18, Page 2)

Remarks:

Our records show The Eastland Oil Company a previous record title and/or operating rights owner of Federal oil and gas Lease NMNM022636 and held interests in the Cato San Andres Unit #149 well (US Well No. 30-005-20257), located in T. 8S, R. 30E, Sec. 27, in Chaves County, NM.

BLM records indicate Federal Lease NMNM022636 terminated on January 11th, 2023. An inspection was performed at the lease on October 3rd, 2024, by Ricky Flores, Natural Resource Specialist and it was determined that well has not been plugged and abandoned.

Problem: The lease referenced above was terminated due to lease not having any wells capable of producing oil or gas in paying quantities. The operator has not timely and properly plugged and abandoned the well(s) in the lease.

We are notifying you that the approved oil and gas operator Cano Petroleum of NM and current liable parties on this lease, did not comply with the orders of the authorized officer to plug and abandon the well and reclaim the surface of lands disturbed in connection with the conduct of operations. As a result of their failure to respond to the orders of the authorized officer, additional enforcement actions, assessments and civil penalties were issued.

Pursuant to 43 C.F.R. 3106.7-2 paragraphs (a) and (b), You are responsible for performing all obligations under the lease until the date BLM approves an assignment of your record title interest or transfer of your operating rights. After BLM approves the assignment or transfer, you will continue to be responsible for lease obligations that accrued before the approval date, whether or not they were identified at the time of the assignment or transfer. This includes paying compensatory royalties for drainage. It also includes responsibility for plugging wells and abandoning facilities you drilled, installed, or used before the effective date of the assignment or transfer.

Corrective Action: Regulations at 43 C.F.R. 3161.2 state that the authorized officer may issue written or oral orders to govern specific lease operations. For the Cato San Andres Unit #149 well US Well No. 30-005-20257, you are hereby ordered to submit a Sundry Notice, Notice of Intent (Form 3160-5), and plan to plug and abandon the well and reclaim the site(s) and all associated disturbance including utility corridor(s), access road(s), and removal of associated facilities and equipment.

The information must be submitted by the Corrective Action to be Completed By date referenced above. If you have any questions, please contact Ricky Flores at 575-627-0339 or rflores@blm.gov.

Form 3160-18
(November 2019)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## NOTICE OF WRITTEN ORDER

Number 25RRF0006W
Page 1 of 3

| ☑ Certified Mail-Return Receipt Requested | Identification | |
|---|---|---|
| 9589071052702176456268 | Lease | |
| ☐ Hand Delivered, Received By and Date | Agreement | NMNM082050X |

| Bureau of Land Management Office | Operator or Third Party |
|---|---|
| Roswell Field Office | The Eastland Oil Company |
| Address 2909 W. Second Street, Roswell, NM 88201 | Address P.O. Box 3488, Midland, TX 79702 |

| Telephone | Inspector | Attention |
|---|---|---|
| 5756270339 | RICK FLORES | Y. Rubio |

| Site Name | Well/Facility/FMP/Identification# | Legal Land Description (Include Lat./Long.) |
|---|---|---|
| CATO SAN ANDRES UNIT | 143 | NWSE, 23-8S-30E (33.6043364/-103.8489222) |
| Site Name | Well/Facility/FMP/Identification# | Legal Land Description (Include Lat./Long.) |
| Site Name | Well/Facility/FMP/Identification# | Legal Land Description (Include Lat./Long.) |

THE FOLLOWING ISSUE(S) WERE FOUND BY BUREAU OF LAND MANAGEMENT INSPECTORS ON THE DATE AND AT THE SITE(S) LISTED.

| Date | Time (24-hour Clock) | Corrective Action to be Completed By | Date Corrected | Authority Reference |
|---|---|---|---|---|
| 01/08/2025 | 11:31 | 02/10/2025 | | 43 CFR 3106.7-2 |

Remarks:

Our records show The Eastland Oil Company a previous record title and/or operating rights owner of Federal oil and gas Lease NMNM022636 and held interests in the Cato San Andres Unit #143 well (US Well No. 30-005-20191), located in T. 8S, R. 30E, Sec. 23, in Chaves County, NM.

BLM records indicate Federal Lease NMNM022636 terminated on January 11th, 2023. An inspection was performed at the lease on October 3rd, 2024, by Ricky Flores, Natural Resource Specialist and it was determined that well has not been plugged and abandoned.

Problem: The lease referenced above was terminated due to lease not having any wells capable of producing oil or gas in paying quantities. The operator has not timely and properly plugged and abandoned the well(s) in the lease.

We are notifying you that the approved oil and gas operator Cano Petroleum of NM and current liable parties on this lease, did not comply with the orders of the authorized officer to plug and abandon the well and reclaim the surface of lands disturbed in connection with the conduct of operations. As a

When the Written Order is complied with, sign this notice and return to above address.

Company Representative Signature: _____ Print Name: _____ Date: _____

Company Comments:

(Continued on Page 2)                                                                                              (Form 3160-18)

In accordance with 43 CFR 3163.1(a), you must comply with the corrective actions for the identified issue(s) by the abatement date provided above. If you fail to comply within the time frames specified, you will be issued an Incident of Noncompliance (INC) in accordance with 43 CFR 3163.1(a), which may include an assessment or additional enforcement actions as deemed necessary to gain compliance.

## WARNING

The Authorized Officer has authority to issue a Written Order in accordance with 43 CFR 3161.2. Per 43 CFR 3165.3, Written Order and reporting time frames begin upon receipt of the Notice, or seven business days after the date it is mailed, whichever is earlier. Each issue must be corrected by the "Action to be Completed By" date identified above. This form must be signed, dated, and postmarked no later than the next business day after the prescribed timeframe for correction and returned to the Bureau of Land Management office at the address shown above.

Section 109(d)(1) of the Federal Oil and Gas Royalty Management Act of 1982, as implemented by the applicable provisions of the operating regulations at 43 CFR 3163.2(f)(1), provides that any person who "knowingly or willfully" prepares, maintains, or submits false, inaccurate, or misleading reports, notices, affidavits, records, data, or other written information required by this part shall be liable for a civil penalty per violation for each day such violation continues.

## REVIEW AND APPEAL RIGHTS

A person contesting an Order of the Authorized Officer or violation must request a State Director Review of the Written Order or Incident of Noncompliance. This request must be filed within 20 business days of receipt of the Written Order with the appropriate State Director (see 43 CFR 3165.3). The State Director review decision may be appealed to the Interior Board of Land Appeals, 801 North Quincy Street, MS 300-QC, Arlington, Virginia 22203 (see 43 CFR 3165.4). Contact the above listed Bureau of Land Management office for further information.

| Signature of Bureau of Land Management Authorized Officer | Date 01/08/25 | Time (24-hour Clock) 12:40 |
|---|---|---|

(Form 3160-18, Page 2)

Remarks:

Our records show The Eastland Oil Company a previous record title and/or operating rights owner of Federal oil and gas Lease NMNM022636 and held interests in the Cato San Andres Unit #143 well (US Well No. 30-005-20191), located in T. 8S, R. 30E, Sec. 23, in Chaves County, NM.

BLM records indicate Federal Lease NMNM022636 terminated on January 11th, 2023. An inspection was performed at the lease on October 3rd, 2024, by Ricky Flores, Natural Resource Specialist and it was determined that well has not been plugged and abandoned.

Problem: The lease referenced above was terminated due to lease not having any wells capable of producing oil or gas in paying quantities. The operator has not timely and properly plugged and abandoned the well(s) in the lease.

We are notifying you that the approved oil and gas operator Cano Petroleum of NM and current liable parties on this lease, did not comply with the orders of the authorized officer to plug and abandon the well and reclaim the surface of lands disturbed in connection with the conduct of operations. As a result of their failure to respond to the orders of the authorized officer, additional enforcement actions, assessments and civil penalties were issued.

Pursuant to 43 C.F.R. 3106.7-2 paragraphs (a) and (b), You are responsible for performing all obligations under the lease until the date BLM approves an assignment of your record title interest or transfer of your operating rights. After BLM approves the assignment or transfer, you will continue to be responsible for lease obligations that accrued before the approval date, whether or not they were identified at the time of the assignment or transfer. This includes paying compensatory royalties for drainage. It also includes responsibility for plugging wells and abandoning facilities you drilled, installed, or used before the effective date of the assignment or transfer.

Corrective Action: Regulations at 43 C.F.R. 3161.2 state that the authorized officer may issue written or oral orders to govern specific lease operations. For the Cato San Andres Unit #143 well US Well No. 30-005-20191, you are hereby ordered to submit a Sundry Notice, Notice of Intent (Form 3160-5), and plan to plug and abandon the well and reclaim the site(s) and all associated disturbance including utility corridor(s), access road(s), and removal of associated facilities and equipment.

The information must be submitted by the Corrective Action to be Completed By date referenced above. If you have any questions, please contact Ricky Flores at 575-627-0339 or rflores@blm.gov.